STATE OF MINNESOTA
IN SUPREME COURT



FILED

February 24, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Daniel L. M. Kennedy, a Minnesota Attorney,
Registration No. 0211321.

## O R D E R

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Daniel L. M. Kennedy committed professional misconduct warranting public discipline—namely, bringing frivolous claims and violating court orders in a bankruptcy matter, *see* Minn. R. Prof. Conduct 3.1. 3.4(c), 3.4(d), and 8.4(d), and engaging in representation despite a conflict of interest, *see* Minn. R. Prof. Conduct 1.7(a)(2).

In a stipulation for discipline, respondent unconditionally admitted the allegations of the petition, except for one paragraph; waived his procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR); and with the Director recommended that the appropriate discipline is a public reprimand.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.     Respondent Daniel L. M. Kennedy is publicly reprimanded; and

2.     Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

1

Dated: February 24, 2016

BY THE COURT:

David R. Stras
Associate Justice